908

In the Matter of the Claim of PHILIP LA MONICA, Respondent, against MANGELS STORES, INCORPORATED, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.